JS-6

E-FILED 12.27.11

JOHN M. MCCOY III, Cal. Bar No. 166244
Email: mccoyj@sec.gov
DAVID J. VAN HAVERMAAT, Cal. Bar No. 175761
Email: vanhavermaatd@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>IU GROUP, INC., ELIJAH BANG, a/k/a ELIJAH BHANG, and DANIEL LEE,<br><br>Defendants. | Case No. CV 11-00556 MMM (AJWx)<br><br>[PROPOSED] FINAL JUDGMENT AS TO DEFENDANT IU GROUP, INC. |

Plaintiff Securities and Exchange Commission ("Commission") having filed a Complaint and Defendant IU Group, Inc. ("IU Group") having entered a general appearance; consented to the Court's jurisdiction over IU Group and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

## I.

IT IS HEREBY ORDERED that IU Group and its agents, servants, employees, attorneys, and those persons in active concert or participation with any of them, who receive actual notice of this Final Judgment, by personal service or otherwise, and each of them, are permanently restrained and enjoined from violating Section 5(c) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77e(c), by, directly or indirectly, making use of any means or instruments of transportation or communication in interstate commerce or of the mails, to offer to sell or to offer to buy any security, unless a registration statement has been filed as to such security.

## II.

IT IS FURTHER ORDERED that IU Group and its agents, servants, employees, attorneys, and those persons in active concert or participation with any of them, who receive actual notice of this Final Judgment, by personal service or otherwise, and each of them, are permanently restrained and enjoined from violating Section 17(a) of the Securities Act, 15 U.S.C. § 77q(a), by, directly or indirectly, in the offer or sale of any securities, by the use of any means or instruments of transportation or communication in interstate commerce or by the use of the mails:

///

///

1   A.   employing any device, scheme or artifice to defraud;

2   B.   obtaining money or property by means of any untrue statement of a
3        material fact or any omission to state a material fact necessary in order
4        to make the statements made, in light of the circumstances under
5        which they were made, not misleading; or

6   C.   engaging in any transaction, practice, or course of business which
7        operates or would operate as a fraud or deceit upon the purchaser.

## III.

IT IS FURTHER ORDERED that IU Group shall pay a civil penalty in the amount of $725,000 pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 77t(d).  IU Group shall make this payment within 14 days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission.  The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, 100 F Street, NE, Stop 6042, Washington DC 20549, and shall be accompanied by a letter identifying IU Group as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment.  IU Group shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.  The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

///
///
///
///
///
///
///

**IV.**

IT IS FURTHER ORDERED that the Consent of Defendant IU Group, Inc. is incorporated herein with the same force and effect as if fully set forth herein, and that IU Group shall comply with all of the undertakings and agreements set forth therein.

**V.**

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

IT IS SO ORDERED.

DATED:  December 27, 2011         _____
                                  HON. MARGARET M. MORROW
                                  UNITED STATES DISTRICT JUDGE